NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFREY ALAN WEED,                )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-297
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____    )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Highlands
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender, and
Robert D. Rosen, Assistant Public Defender,
Bartow, for Appellant.


PER CURIAM.


          Affirmed.


NORTHCUTT, KELLY, and SALARIO, JJ., Concur.